# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WELLS FARGO BANK, N.A., *et al.*,

    Plaintiffs,

vs.

CHESTNUT BLUFFS AVENUE TRUST, *et al.*,

    Defendants.

2:17-cv-01344-RFB-VCF

**ORDER**

    Defendant Chestnut Bluffs Avenue Trust has demanded that plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association, out-of-state residents, each post a cost bond of $500, for a total of $1,000, under NRS 18.130(1). The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500. Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited. If the bond is not posted within 30 days of the demand, the defendant may move for dismissal. Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system.

    Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Defendant's Notice of Demand for Security of Costs (ECF No. 14) is GRANTED. In the event that the cost bond is presented for deposit, the CLERK OF COURT is directed to accept the deposit of $500.00 each, from plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association, under NRS 18.130, as security for

costs and charges that may be awarded against the plaintiff. The plaintiff must bring a copy of this order to the Clerk's office when making this deposit.

IT IS FURTHER ORDERED that this case is stayed by operation of NRS 18.130(1) until the cost bonds are from both plaintiffs are deposited.

DATED this 2nd day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE