Jeff Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
　　　　nkanute@swlaw.com

*Attorneys for Plaintiffs Wells Fargo Bank, N.A.
and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CHESTNUT BLUFFS AVENUE TRUST; NEVADA ASSOCIATION SERVICES, INC.; COPPER RIDGE COMMUNITY ASSOCIATION;<br><br>　　　　Defendants. | Case No.:　2:17-cv-01344-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WELLS FARGO BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO COPPER RIDGE COMMUNITY ASSOCIATION'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiffs Wells Fargo Bank, N.A. ("Wells Fargo") and Federal National Mortgage Association ("Fannie Mae"), and Defendant Copper Ridge Community Association ("Copper Ridge" and together with Plaintiffs, the "Parties"), hereby stipulate and agree that Wells Fargo's opposition to Copper Ridge's Motion to Dismiss (the "Motion") filed on August 4, 2017 (ECF No. 17), which is currently due August 18, 2017, may be extended to September 1, 2017. Any reply by Copper Ridge, which would have been due September 8, 2017, will be due September 15, 2017.

Wells Fargo and Fannie Mae are in the process of assessing the Motion and the arguments raised therein. The request is made in light of the litigation work load of the Parties, the number of litigation matters currently in process for the Parties, and in order to provide time for the Parties to brief the issues relevant to this litigation which are constantly changing due to the high

- 1 -

4828-9827-5660

number of similar cases. This is the first request for an extension of time in which to file a response to the Motion, and is not intended to cause any delay or prejudice to any party. Accordingly, good cause exists for the extension.

**IT IS SO STIPULATED.**

DATED this 10th day of August, 2017.   DATED this 10th day of August, 2017.

GORDON REES SCULLY MANSUKHANI LLP    SNELL & WILMER L.L.P.

By: */s/ Brian Walters (with permission)*          By: */s/ Nathan Kanute*
    Robert S. Larsen, Esq.                                  Jeffrey Willis, Esq.
    Nevada Bar No. 7785                                     Nevada Bar No. 4797
    Brian K. Walters, Esq.                                  Nathan G. Kanute, Esq.
    Nevada Bar No. 9711                                     Nevada Bar No. 12413
    300 South Fourth Street, Suite 1550                     50 West Liberty Street, Suite 510
    Las Vegas, Nevada 89101                                 Reno, Nevada 89501
    *Attorneys for Copper Ridge Community*                  *Attorneys for Wells Fargo Financial*
    *Association*                                           *Nevada 2, Inc.*

**IT IS SO ORDERED**.     IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 11th day of August, 2017.

- 2 -

4828-9827-5660

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 10, 2017

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4828-9827-5660