Kerry Faughnan, Esq.
Nevada Bar No.12204
P. O. Box 335361
North Las Vegas, Nevada 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
Attorney for Chestnut Bluffs Avenue Trust

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTNUT BLUFFS AVENUE TRUST; NEVADA ASSOCIATION SERVICES, INC.; COPPER RIDGE COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01344-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs, Wells Fargo, N.A. and Federal National Mortgage Association (hereinafter "Wells" "Fannie Mae" or "Plaintiffs") and Defendant, Chestnut Bluffs Avenue Trust ("Trust" or "Defendant") by and through their respective attorneys of record, file this joint stipulation and request the court to extend the close of discovery by sixty (60) days and to extend the dispositive motion deadlines and joint pretrial order deadlines accordingly. This is the parties' first request for an extension of all the current discovery deadlines.

**I. INTRODUCTION**

This dispute involves an HOA foreclosure sale conducted by Defendant, Copper Ridge Association. Plaintiff Wells Fargo, N.A. and Federal National Mortgage Association (hereinafter "Wells" "Fannie Mae" or "Plaintiffs") seeks to quiet title as to the foreclosed property and seeks

other related relief pertaining to the sale of the property. The primary issue is whether Fannie Mae's deed of trust survived the foreclosure sale.

## II. STATEMENT SPECIFYING THE DISCOVERY COMPLETED.

On September 28, 2017, the court entered a Scheduling Order ECF No. 18 and set the following deadlines:

| | |
|---|---|
| Discovery cut-off | June 15, 2018 |
| Amend pleadings and add parties | March 16, 2018 |
| Expert disclosures | March 16, 2018 |
| Rebuttal expert disclosures | April 16, 2018 |
| Dispositive Motions | July 16, 2018 |
| Pretrial order | August 15, 2018 |

The following discovery has already been completed:

1. Defendant Copper Ridge Community Association served its initial disclosures on October 19, 2017.

2. Wells and Fannie Mae served its initial disclosures on Defendant Chestnut Bluffs Avenue Trust on June 6, 2018,

3. Wells and Fannie Mae served its Initial Expert Disclosure on March 15, 2018

4. Wells and Fannie Mae propounded written discovery, consisting of First Set of Interrogatories, First Set of Requests for Admissions and First Request for Production of Documents, to Defendant Trust on April 11, 2018.

5. Defendant Trust responded to Wells and Fannie Mae's First Set of Requests for Admissions, First Set of Interrogatories and First Set of Requests for Production on June 14, 2018.

6. Wells and Fannie Mae conducted the deposition of Defendant Nevada Association Services, Inc's designated 30(b)(6) witness on June 12, 2018.

7. Wells and Fannie Mae conducted the deposition of Defendant Copper Ridge Community Association's designated 30(b)(6) witness on June 13, 2018.

8. Wells and Fannie Mae conducted the deposition of Defendant Trust's designated 30(b)(6)

witness on June 14, 2018.

9. Wells and Fannie Mae served its First Supplemental Disclosures on June 15, 2018.

### III. SPECIFIC DESCRIPTION OF THE DISCOVERY THAT HAS NOT BEEN COMPLETED.

The following discovery has not been completed:

1. Defendant Trust has not served its initial disclosures.
2. Defendant Trust has not propounded written discovery on Wells and Fannie regarding pool and CUSIP information concerning the note and deed of trust in question as a result of Plaintiffs Initial disclosures.

### IV. REASON WHY EXTENSION IS REQUIRED.

Chestnut Bluffs Avenue Trust has reviewed the disclosures made by Wells Fargo Bank and Federal National Mortgage Association, and they do not contain information which Wells Fargo Bank and Federal National Mortgage Association has disclosed in similar HOA foreclosure cases concerning whether the note secured by the deed of trust here was transferred to a pool of mortgage backed securities.

In addition, Chestnut Bluffs Avenue Trust believes that some internal records showing pool and CUSIP information concerning the note and deed of trust in question may exist, but was not included in the information provided by Wells and Fannie Mae. Therefore Chestnut Bluffs Avenue Trust desires 60 days to propound discovery on the omitted pool and CUSIP information.

### V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.

The parties agree that discovery will be extended sixty (60) days, and the scheduling order deadlines will be extended to the following:

| | |
|---|---|
| Discovery cut-off | August 14, 2018 |
| Amend pleadings and add parties | N/A |
| Expert disclosures | N/A |
| Rebuttal expert disclosures | N/A |
| Dispositive Motions | September 14, 2018 |
| Pretrial Order | October 15, 2018 |

IT IS SO STIPULATED. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 18th day of June, 2018.   DATED this 18th day of June, 2018

LAW OFFICE OF KERRY P. FAUGHNAN   SNELL & WILMER L.L.P.

By: /s/ Kerry P. Faughnan   By: /s/ Nathan G. Kanute
   Kerry P. Faughnan, Esq.      Jeffrey Willis, Esq.
   Nevada Bar No. 12204      Nevada Bar No. 4797
   P. O. Box 335361      Nathan G. Kanute, Esq.
   North Las Vegas, Nevada 89033      Nevada Bar No. 12413
*Attorney for Chestnut Bluffs Avenue Trust*      50 West Liberty Street, Suite 510
   Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A. and Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 6-19-2018

IT IS HEREBY ORDERED that the Motion for Sixty Day Extension of Time to Complete Discovery (ECF No. 33) is DENIED as MOOT.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of LAW OFFICE OF KERRY P. FAUGHNAN; that electronic service of the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY AND TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** was made on the 18th day of June, 2018, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

   /s/ Michelle Y. Faughnan
An Employee of LAW OFFICE OF KERRY P. FAUGHNAN,