Jeffrey Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiffs Wells Fargo Bank, N.A.
and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>Plaintiffs,<br><br>vs.<br><br>CHESTNUT BLUFFS AVENUE TRUST; NEVADA ASSOCIATION SERVICES, INC.; COPPER RIDGE COMMUNITY ASSOCIATION;<br><br>Defendants. | Case No.: 2:17-cv-01344-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO CHESTNUT BLUFFS AVENUE TRUST'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association ("Plaintiffs") and Defendant Chestnut Bluffs Avenue Trust ("Chestnut", collectively with Plaintiffs, the "Parties") hereby stipulate and agree, and respectfully request that the Court order, that (i) the deadline for Plaintiffs to reply in support of their motion for summary judgment filed September 14, 2018 [ECF No. 36] may be extended from November 8, 2018 to November 21, 2018 and (ii) the deadline for Plaintiffs to respond to Chestnut's motion to dismiss filed October 25, 2018 [ECF No. 38] may be extended from November 8, 2018 to November 21, 2018.

Plaintiffs are in the process of assessing the arguments made by Chestnut in its response to the MSJ and in its MTD and need additional time to do so. Counsel has numerous other deadlines that will not allow sufficient time to review and respond to Chestnut's papers before November 8, 2018. Additionally, the Parties would like more time to analyze the potential for

- 1 -

4851-4175-6537

settlement of this matter. Accordingly, good cause exists for the extension.

Based on the foregoing, the Parties respectfully request that the Court grant this Stipulation.

DATED this 1st day of November, 2018.

By: /s/Kerry P. Faughnan (with permission)
    Kerry P. Faughnan, Esq.
    Nevada Bar No. 12204
    P. O. Box 335361
    North Las Vegas, Nevada 89033
    *Attorney for Chestnut Bluffs Avenue Trust*

DATED this 1st day of November, 2018.

SNELL & WILMER L.L.P.

By:    /s/Nathan G. Kanute
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Nathan G. Kanute, Esq.
    Nevada Bar No. 12413
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for Wells Fargo Bank, N.A. and Federal National Mortgage Association*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of November, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 1, 2018

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4851-4175-6537