Jeffrey Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
        nkanute@swlaw.com

*Attorneys for Plaintiffs Wells Fargo Bank, N.A.
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; | Case No.:   2:17-cv-01344-RFB-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE TIME TO REPLY IN SUPPORT OF WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO CHESTNUT BLUFFS AVENUE TRUST'S MOTION TO DISMISS** |
| vs. | |
| CHESTNUT BLUFFS AVENUE TRUST; NEVADA ASSOCIATION SERVICES, INC.; COPPER RIDGE COMMUNITY ASSOCIATION; | |
| Defendants. | **(SECOND REQUEST)** |

Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association ("Plaintiffs") and Defendant Chestnut Bluffs Avenue Trust ("Chestnut", collectively with Plaintiffs, the "Parties") hereby stipulate and agree, and respectfully request that the Court order, that (i) the deadline for Plaintiffs to reply in support of their motion for summary judgment filed September 14, 2018 [ECF No. 36] may be extended from November 21, 2018 to December 5, 2018 and (ii) the deadline for Plaintiffs to respond to Chestnut's motion to dismiss filed October 25, 2018 [ECF No. 38] may be extended from November 21, 2018 to December 5, 2018.

Plaintiffs are in the process of assessing the arguments made by Chestnut in its response to the MSJ and in its MTD. Given counsel's hearing and briefing schedule in other cases and the Thanksgiving holiday, additional time will be needed to fully analyze and respond to the arguments.

4814-0856-7936

Based on the foregoing, the Parties respectfully request that the Court grant this Stipulation.

DATED this 21st day of November, 2018.

By:/s/Kerry P. Faughnan (with permission)
    Kerry P. Faughnan, Esq.
    Nevada Bar No. 12204
    P. O. Box 335361
    North Las Vegas, Nevada 89033
    *Attorney for Chestnut Bluffs Avenue Trust*

DATED this 21st day of November, 2018.

SNELL & WILMER L.L.P.

By:    /s/Nathan G. Kanute
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Nathan G. Kanute, Esq.
    Nevada Bar No. 12413
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for Wells Fargo Bank, N.A.*
    *and Federal National Mortgage*
    *Association*

**IT IS SO ORDERED**.

RICHARD F. BOULWARE, II
United States District Judge
DATED:  November 26, 2018.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

4814-0856-7936

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 21, 2018

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4814-0856-7936